**98–279.  Olson v. Deer Park.**
In Mandamus.  On motion to dismiss of Mark Schweikert, motion to dismiss of city of Deer Park, and motion to dismiss of John C. Murdock.  Motions to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–280.  State ex rel. White v. Tracey.**
In Procedendo.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–316.  State ex rel. Ross v. Cuyahoga Cty. Court of Common Pleas.**
In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–321.  State ex rel. Wynn v. Court of Appeals, Eighth Dist.**
In Mandamus.  On motion for issuance of peremptory writ and on motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–369.  State ex rel. Dias v. Baird.**
In Mandamus.  On motion to dismiss of William Baird et al. and on motion to dismiss of James E. Murphy.  Motions to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–370.  State ex rel. Knight v. Court of Appeals, Ninth Jud. Dist.**
In Mandamus.  On motion to dismiss of Ninth District Court of Appeals and on motion to dismiss of Ted Schneiderman.  Motions to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–425.  Tuberville v. Ohio Dept. of Corr.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–498.  Morgan v. Tate.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–512.  Overman v. Deters.**
In Habeas Corpus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–587.  Penrod v. Bendolph.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–590.  Jeffrey v. Leonard.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.